IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ROBERT LEEDY, ) | |
|        Plaintiff, ) | |
| vs. ) | No. 1:15-CV-0123-P-BL |
| ) | |
| STATE FARM LLOYDS, ) | |
|        Defendant. ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On January 14, 2016, the assigned Magistrate Judge issued a Report and Recommendation ("R&R") (doc. 11) in which he recommends that the Court deny Defendant's Motion to Abate Case Pending the Appraisal Outcome (doc. 5). No party has filed an objection to the recommendation. After reviewing the relevant filings, including the R&R, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the R&R (doc. 11) and **DENIES** the Motion to Abate (doc. 5).

Although the R&R does not directly address Defendant's Motion for Leave to File Reply (doc. 9), the R&R specifically notes that the motion to abate was "fully briefed." Accordingly, it appears that the Magistrate Judge considered the reply (doc. 10). The undersigned has considered all the briefing, including the reply, in conducting the § 636(b)(1) review.[1] Pursuant to Electronic Standing Order of Reference (D.E. 4), this action remains referred to the Magistrate Judge for case management .

**SIGNED this 9th day of February, 2016.**

                                                    /s/ Jorge A. Solis
                                                  **JORGE A. SOLIS**
                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that N.D. Tex. L.R. 7.1(f) no longer requires leave to file a reply. A party may file a reply unless the Court directs otherwise. The motion for leave is denied as moot.